NICHOLAS A. TRUTANICH
United States Attorney
Nevada Bar Number 13644
JIM W. FANG
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6317 / Fax: 702.388.6418
jim.fang@usdoj.gov
*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No: 2:20-cr-201-GMN-BNW |
| vs. | |
| VINCENT OKOYE and | Government's Motion to Quash Arrest Warrants |
| JASMINE-ROYSHELL KANISHA BLACK, | |
| Defendants. | |

On October 27, 2020, the government presented a superseding criminal indictment to the grand jury in the above-captioned matter, for which the grand jury returned a true bill. ECF No. 23. The superseding indictment charged the existing defendant, Vincent Okoye, with additional criminal offenses, and charged a new defendant, Jasmine-Royshell Kanisha Black, with various criminal offenses. As Okoye is already in federal custody pursuant to a pretrial detention order in this case, ECF No. 14, and Black was previously charged by complaint in Case No. 2:20-mj-896-VCF and released on bond follow her initial appearance, Case No. 2:20-mj-896, ECF No. 7, the government intended to only request a summons be issued to Black in this case following the grand jury return. According to the docket, the Honorable Magistrate Judge Cam Ferenbach has already scheduled arraignment

1   and plea for Black on November 3, 2020, at 1:00 p.m. Case No. 2:20-mj-896, ECF No. 8.

2   To the extent a summons is required, the government respectfully asks this Court to issue a

3   summons for Black's appearance at the arraignment and plea.

4          However, the government was notified by the Marshal's Office that two sealed arrest

5   warrants were issued against Okoye and Black after the grand jury return. Because the

6   government did not intend for their issuance, the government respectfully asks this Court to

7   quash and vacate these warrants, ECF Nos. 26 & 27.

8

9   Dated this 28th day of October, 2020.

10                                             NICHOLAS A. TRUTANICH
                                               United States Attorney

11

12                                      By: _s/ Jim W. Fang_____
                                             JIM W. FANG
13                                           Assistant United States Attorney
                                             Counsel for the United States

14

15

16

17

18

19

20

21

22

23

24

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

                              Plaintiff,

        vs.

VINCENT OKOYE and

JASMINE-ROYSHELL KANISHA

BLACK,

                              Defendants.

Case No. 2:20-cr-201-GMN-BNW

**ORDER**

        IT IS ORDERED that the arrest warrants issued against Defendant Vincent Okoye, ECF No. 26, and Defendant Jasmine-Royshell Kanisha Black, ECF No. 27, are hereby vacated.  Defendant Black is hereby summoned to appear before the Honorable Magistrate Judge Cam Ferenbach on November 3, 2020, at 1:00 p.m. in Courtroom 3D for arraignment and plea.

By: _____
        JUDGE BRENDA WEKSLER
    UNITED STATES MAGISTRATE JUDGE